# JERRY N. WHITEKER

Attorney at Law
406 North First
P. O. Drawer 1443
Lufkin, Texas 75902-1443

Telephone (936) 632-5551
Facsimile (936) 632-9550

ACCEPTED
12-14-00271-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/27/2015 8:23:32 AM
CATHY LUSK
CLERK

July 24, 2015

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

7/27/2015 8:23:32 AM

CATHY S. LUSK
Clerk

Ms. Cathy Lusk
Clerk of the Court
12th Court of Appeals
1517 West Front Street
Suite 354
Tyler, Texas 75702

In re:   Cause No. 12-14-00271-CR,; Joshua James Dominey V. The State of Texas

Dear Ms. Lusk:

Enclosed please accept this letter as my letter certifying compliance with Tex.R. App. P. 48.4. I am enclosing a true copy of the letter, and attachments thereto, that were sent to the Appellant, Joshua James Dominey.

Thank you for your courtesies in this matter. Should you have any questions, please do not hesitate to contact me.

Respectfully yours,

Jerry N. Whiteker

JNW/lca
Enclosures

cc:   Ms. April Ayers                    Via Email
      Assistant District Attorney
      P.O. Box 908
      Lufkin, TX 75901
      (W/Enclosure)

cc:   Mr. Joshua James Dominey
      TDC# 01949952
      Travis County Jail
      8101 FM 969
      Austin, TX 78724
      (W/Enclosure)

# JERRY N. WHITEKER

Attorney at Law
406 North First
P. O. Drawer 1443
Lufkin, Texas 75902-1443

Telephone (936) 632-5551
Facsimile (936) 632-9550

July 9, 2015

Joshua James Dominey                    Via Certified Mail, Return Receipt Requested
TDC# 01949952
Travis County Jail
8101 FM 969
Austin, TX 78724

In re:    Cause No. 2014-0403; State of Texas vs. Joshua James Dominey
          Cause NO. 12-14-00271-CR- In the Court of Appeals, Twelfth Court of Appeals

Dear Mr. Dominey:

        Enclosed for your records is a copy of the Memorandum Opinion and Judgment in your Appeal.

        You have the right to file a petition for discretionary review with the Texas Court of Criminal Appeals within 30 days from the date of the Opinion. You may retain an attorney to do this for your or you can file a petition for discretionary review pro se (representing yourself).

        I hope this answers your questions. If you have any further questions or concerns, please do not hesitate to write again.

                                        Respectfully you

                                        Jerry N. Whiteke

JNW/lca
Enclosures

FILE COPY

CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

## TWELFTH COURT OF APPEALS

CLERK
CATHY S. LUSK

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

July 8, 2015

Ms. April Ayers-Perez
District Attorney's Office
P.O. Box 908
Lufkin, TX 75902
\* DELIVERED VIA E-MAIL \*

Mr. Jerry N. Whiteker
P. O. Drawer 1443
406 North First Street
Lufkin, TX 75902-1443
\* DELIVERED VIA E-MAIL \*

**RE:**  Case Number:  12-14-00271-CR
    Trial Court Case Number:  2014-0403

**Style:**  Joshua James Dominey
    v.
    The State of Texas

Enclosed is a copy of the Memorandum Opinion issued this date in the above styled and numbered cause. Also enclosed is a copy of the court's judgment.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
    Katrina McClenny, Chief Deputy Clerk

CC:    Judge Paul E. White (DELIVERED VIA E-MAIL)
    Ms. Reba Squyres (DELIVERED VIA E-MAIL)
    Hon. Olen Underwood (DELIVERED VIA E-MAIL)

# NO. 12-14-00271-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *JOSHUA JAMES DOMINEY,*<br>*APPELLANT* | § | *APPEAL FROM THE 159TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *ANGELINA COUNTY, TEXAS* |

## *MEMORANDUM OPINION*
### *PER CURIAM*

Joshua James Dominey appeals his convictions for possession of a controlled substance and tampering with or fabricating physical evidence. Appellant's counsel filed a brief asserting compliance with *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967) and *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). We affirm.

## BACKGROUND

An Angelina County grand jury returned a two count indictment against Appellant for the offenses of possession of a controlled substance and tampering with or fabricating physical evidence. Appellant pleaded "guilty" to each count without an agreed punishment, and the trial court ordered a presentence investigation. The trial court conducted a sentencing hearing and assessed punishment at two years of confinement for count I and eight years of confinement for count II. The sentences were ordered to run concurrently. This appeal followed.

## ANALYSIS PURSUANT TO *ANDERS V. CALIFORNIA*

Appellant's counsel has filed a brief in compliance with *Anders* and *Gainous*. Counsel states that he has reviewed the appellate record and that he is unable to find any reversible error or jurisdictional defects. In compliance with *Anders*, *Gainous*, and *High v. State*, 573 S.W.2d

807 (Tex. Crim. App. 1978), counsel's brief presents a thorough chronological summary of the procedural history of the case and further states why counsel is unable to present any arguable issues for appeal.[1] *See Anders*, 386 U.S. at 745, 87 S. Ct. at 1400; *Gainous*, 436 S.W.2d at 138; *see also Penson v. Ohio*, 488 U.S. 75, 80, 109 S. Ct. 346, 350, 102 L. Ed. 2d 300 (1988).

We have considered counsel's brief and conducted our own independent review of the record. We found no reversible error. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005).

## CONCLUSION

As required, Appellant's counsel has moved for leave to withdraw. *See In re Schulman*, 252 S.W.3d 403, 407 (Tex. Crim. App. 2008) (orig. proceeding); *Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991) (en banc). We are in agreement with Appellant's counsel that the appeal is wholly frivolous. Accordingly, we grant his motion for leave to withdraw, and affirm the judgment of the trial court. *See* TEX. R. APP. P. 43.2(a).

As a result of our disposition of this case, Appellant's counsel has a duty to, within five days of the date of this opinion, send a copy of the opinion and judgment to Appellant and advise him of his right to file a petition for discretionary review. *See* TEX. R. APP. P. 48.4; *In re Schulman*, 252 S.W.3d at 411 n.35. Should Appellant wish to seek review of this case by the Texas Court of Criminal Appeals, he must either retain an attorney to file a petition for discretionary review on his behalf or he must file a petition for discretionary review pro se. Any petition for discretionary review must be filed within thirty days after either the date of this court's judgment or the date the last timely motion for rehearing was overruled by this court. *See* TEX. R. APP. P. 68.2(a). Any petition for discretionary review must be filed with the Texas Court of Criminal Appeals. *See* TEX. R. APP. P. 68.3(a). Any petition for discretionary review should comply with the requirements of Texas Rule of Appellate Procedure 68.4. *See In re Schulman*, 252 S.W.3d at 408 n.22.

Opinion delivered July 8, 2015.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)

---

[1] Counsel states in his motion to withdraw that he provided Appellant with a copy of his brief. Appellant was given time to file his own brief in this cause. The time for filing such brief has expired, and we have received no pro se brief.

2



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

JULY 8, 2015

NO. 12-14-00271-CR

**JOSHUA JAMES DOMINEY,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

Appeal from the 159th District Court

of Angelina County, Texas (Tr.Ct.No. 2014-0403)

THIS CAUSE came to be heard on the appellate record and briefs filed herein, and the same being considered, it is the opinion of this court that there was no error in the judgment.

It is therefore ORDERED, ADJUDGED and DECREED that the judgment of the court below **be in all things affirmed,** and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*